DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IRVIN EMMANUEL SHORTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-922

[August 2, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey J. Colbath, Judge; L.T. Case No. 50-2008-CF-007270-AXXX-MB.

Irvin Emmanuel Shorter, Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***